UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 15-289** |
| **v.** | * | **SECTION: "N" (3)** |
| **ANDRE DOMINICK** | * | |
| **TIMOTHY WILLIAMS** | | |
| **DEBRA BECNEL** | * | |
| **LISA VACCARELLA** | | |
| * * * | | |

## PROTECTIVE ORDER

Considering the foregoing Motion for a Protective Order, and for good cause shown, the Court authorizes and orders the government's disclosure of Department of Children and Family Services records to defense counsel and sets the following conditions in this case:

1) Department of Children and Family Services ("DCFS") records shall not be used for any purpose other than the litigation of this matter or preparing the litigation of this matter.

2) Possession of DCFS records is limited to the parties, attorneys of record, investigators, paralegals, law clerks, experts, and support staff for the attorneys of record (hereinafter collectively referred to as "members of the litigation teams").

3) DCFS records may be viewed only by the parties, attorneys of record, members of the litigation teams, and any other persons necessary to the preparation of their claim or defense, such as witnesses.

4) The attorneys of record and members of the litigation teams shall not allow anyone other than other attorneys of record, members of the litigation teams, and the parties, to retain DCFS records in any form.  Counsel shall provide persons to whom DCFS records are so disseminated with a copy of this protective order, advise such persons that DCFS records are not to be used for any purpose other than the litigation of this matter or preparing the litigation of this matter, advise such persons that DCFS records are not to be further disseminated, and have such persons return to counsel all copies of DCFS records as soon as reasonably practical.

5) Counsel will ensure that all filings comply with Federal Rule of Criminal Procedure 49.1.  Counsel will ensure that any filing containing DCFS records is filed subject to a motion to seal unless otherwise agreed to by all parties or authorized by the Court.

6) This order may be revised by the Court at any time upon motion from any party or in the Court's discretion.  In the event such a motion is filed, nothing in this order alters Rule16(d)(1)'s "good cause" requirement for protective orders or shifts or places a burden upon a party in connection with that motion that did not exist before this order was entered.  Unless otherwise ordered by the Court, the provisions of this Order shall not terminate at the conclusion of this prosecution.

7) Nothing in this order will preclude a party seeking any additional discovery or from conducting any independent investigation.  Nothing in this order should be construed

as imposing any discovery obligations on a party that are different from those imposed by law.

**IT IS HEREBY ORDERED** that all parties adhere to the guidelines established by this order.

New Orleans, Louisiana, this __14th__ day of September, 2016.

*Daniel E. Knowles, III*
_____
HONORABLE DANIEL E. KNOWLES, III
UNITED STATES MAGISTRATE JUDGE